LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

November 2, 2026

Hon. Ronnie Abrams
United States District Court
Southern District of New York
New York, N.Y. 10007
*via ECF*

Re: United States v. Matthew Spatola,
26 Cr. 327 (RA)

Your Honor,

I write to request a month adjournment of the conference in the above case which is currently scheduled for November 6, 2026.We recently received additional discovery and are awaiting further additional reports including the Medical Examiner and toxicology reports.

The government, by Joseph Zabel, Esq., consents to this request. As the application is sought for discovery review, the time between November 6, 2026 and the adjourn date should be excluded from speedy trial calculations.

Respectfully,

Lisa Scolari

Lisa Scolari

Application granted. The status conference is adjourned to December 4, 2026 at 12:30 p.m. Time is excluded until December 4, 2026, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161 (h)(7)(A).

SO ORDERED:

____________________________
HON. RONNIE ABRAMS
November 2, 2026