LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

November 20, 2026

Hon. Ronnie Abrams
United States District Court
Southern District of New York
New York, N.Y. 10007
*via ECF*

Re: United States v. Matthew Spatola,
26 Cr. 327 (RA)

Your Honor,

I write to request an adjournment to January 11, 2027 of the conference which is currently scheduled for December 4, 2026. Your chambers has advised that date is convenient to to Court. We have yet to receive the Medical Examiner and toxicology reports and will need time to review them once they are provided.

The government, by Joseph Zabel, Esq., consents to this request. As the application is sought for discovery review, the time between December 4, 2026 and January 11, 2027 should be excluded from speedy trial calculations.

Respectfully,
Lisa Scolari
Lisa Scolari

Application granted. The status conference is adjourned to January 11, 2027 at 11:30 a.m.Speedy trial time is excluded until January 11, 2027, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161 (h)(7)(A).

SO ORDERED:

HON. RONNIE ABRAMS
November 20, 2026